

## U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

February 3, 2006

**Hand Delivered**

Clerk's Office
Attn: Keith Kincaid
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

Re:  **United States v Henry Dwayne Sudler**
     **Crininal Actiuon No. 06-14M-MPT**

Dear Keith:

    Enclosed please find the government's motion seeking the Court's authorization to place the arrest warrant on N.C.I.C..

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Enc