

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-14M (MPT) |
| ) | |
| HENRY DWAYNE SUDLER, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to permit the United States Marshal Service to place the defendant's arrest warrant on N.C.I.C., as a limited exception to this Court's Order to Seal, dated January 25, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-7-06

**IT IS SO ORDERED** this __3__ day of __Jan_____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court