*Filed in open court*
4/12/06
(en)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY DWAYNE SUDLER, )<br>)<br>Defendant. ) | Criminal Action No. 06-14M |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Henry Dwayne Sudler has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: April 12, 2006

**AND NOW**, this 12th day of April, 2006, upon the foregoing Motion, it is **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Kent A. Jordan
United States District Court Judge