AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
HENRY DWAYNE SUDLER

**WARRANT FOR ARREST**

CASE NUMBER: 06- 14M-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Henry Dwayne Sudler__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FILED
APR 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 25, 2006, Wilmington, Delaware
Date and Location

Bail fixed at $ __No Bail__    by __[signature]__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Henry Dwayne Sudler

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/30/06 | Toby M. Conrad DUSM | [signature] |
| DATE OF ARREST | | |
| 4/12/06 | | |