OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

April 27, 2006

Jan A. T. van Amerongen, Jr., Esq.
1225 North King Street, Suite #301
Wilmington, DE 19801

RE:   U.S.A. v.  Henry Dwayne Sudler
      Magistrate Case No.06-14-MPT

Dear Mr. van Amerongen:

Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case.  This appointment requires representation of the defendant for all proceedings in this Court.  When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days for approval of payment.  Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings.  The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court.  If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

FILED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

PETER T. DALLEO, CLERK

BY: *Brian K Blackwell*
      Deputy Clerk

PTD/bkb
enclosure

cc: AUSA, Edmond Falgowski
    US Probation
    US Marshal

2006 APR 27 PM 2:08

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED