IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  06-14M (MPT) |
| | ) |
| HENRY DWAYNE SUDLER | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the Distict of Delaware, and in the exercise of prosecutorial discretion moves this Honorable Court to dismiss the Criminal Complaint issued on or about January 25, 2006.

COLM F. CONNOLLY
United States Attorney

Dated: 5-19-06

BY:_____
Edmond Falgowksi
Assistant United States Attorney

**IT IS SO ORDERED** this _18_ day of _May_, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge



FILED
MAY 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE